IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CODY LEE FULGHAM, ) <br> # 65914 A-5, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN STEENSLAND, III, and ) <br> PARKMAN WHITE, LLP, ) <br> ) <br> Defendants. ) | CASE NO. 1:17-CV-238-WKW <br> [WO] |

## **ORDER**

On May 1, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 4) is ADOPTED.

2. Plaintiff's claim of ineffective assistance of counsel pursuant to 42 U.S.C. § 1983 is DISMISSED with prejudice.

3. Plaintiff's state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. 1367(c)(3).

Final judgment will be entered separately.

DONE this 5th day of July, 2017.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE