IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CODY LEE FULGHAM, | ) | |
| # 65914 A-5, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-238-WKW |
| | ) | [WO] |
| JOHN STEENSLAND, III, and | ) | |
| PARKMAN WHITE, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is ENTERED on Plaintiff's claim of ineffective assistance of counsel pursuant to 42 U.S.C. § 1983 in favor of Defendants John Steensland, III, and Parkman White, LLP, and against Plaintiff Cody Lee Fulgham.

2. Plaintiff Cody Lee Fulgham's state law claims against Defendants John Steensland and Parkman White, LLP, are DISMISSED without prejudice pursuant to 28 U.S.C. 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

DONE this 5th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE